## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                Plaintiff

v.

VICTORIA J. WEISS
                Defendant(s)

Civil Action No: 02-CV-1362

### ORDER

AND NOW, this 8th day of Feb., 2005, upon consideration of Plaintiff's Motion which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1. That the public sale held on January 06, 2005 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to P. Terry Cline, their successors and assigns, a good and sufficient deed, conveying all the right, title and interest of VICTORIA J. WEISS in and to the premises sold located at 69 Blue Pond Road, Newville, PA 17241.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

                                                        Thomas I. Vanaskie
                                                                    J.